# NATIONWIDE COMMERCIAL RELIEF, INC.

4440 PGA Blvd. Suite 600 Palm Beach Gardens, FL. 33410
Phone 561-472-0806    Fax 866-266-9289
Email: Info@nationwidecommercialrelief.com

## *LOI AGREEMENT WITH NON-CIRCUMVENTION CONDITION*

This Agreement dated this 29th day of April, 2015 between **Nationwide Commercial Relief, Inc.** (hereinafter referred to as **NCR)** and **Advantek Industrial Wood Pellets, LLC.** (hereinafter referred to as **Client)**, hereby confirms the **Client's** engagement of **NCR** as the lender with regard to assisting **Client** in securing commercial financing for the following project or purpose. **Manufacturing and export of industrial grade wood pellets for the European market.**

**Estimated loan amount required**: **$16,537,500.00**

<u>In House Program</u>: **To be disbursed in a mutually agreeable tranche schedule.**

**Fixed rate**: **8.00%**
**Equity to NCR (ISAOA): 20.00%**
**Term**: 24 months w/option to renew for additional (3) 12 month terms provided all payments have been made on time.
**Amortization:** 20 years
**Interest only option**: Months 1-12

**NCR to be in first lien position on any and all real estate, furniture, fixtures & equipment, accounts receivable, etc.**

**Client** hereby retains **NCR** on a non-exclusive basis to provide direct financing services to **Client.** It is agreed that **NCR** shall deal directly with the Principal Owner(s), Board of Directors, Officers of the **Client** and their authorized employees, sub-contractors, agents, and other parties associated in a material and/or significant manner with the project identified above.

It is the understanding of the parties hereto that all of **NCR's** intermediaries, associates, brokers, providers or agents are exclusive to **NCR** and that **Client** agrees in good faith not to circumvent its relationship with **NCR** and will not make any contract with any of the aforementioned without the prior written consent of **NCR.**

1 **Initial Consulting Compensation: $25,000.00 USD due no later than May 1st, 2015 via Federal Reserve wire system. (Fully refundable if loan does not fund unless client has committed fraud, made material misrepresentations, proves uncooperative or withdraws from the funding process).**

*KO*
Initials

1(a): **Funding Compensation:** As compensation for its services, **Client** agrees to pay and/or to authorize **NCR** to receive the following compensation that is directly associated with **loans and/or mortgages** that are funded as a result of the **NCR's** funding:

2: If **NCR** provides its own funds to **Client** that results in funding in the form of a commercial loan, asset-based funding, joint venture or any other type of collateralized or uncollateralized loan, or equity financing then **NCR** shall receive cash compensation equal to 5.00% of the total amount of financing agreed to between the **Client** and **NCR**. Of said compensation received by **NCR**, 5th Ave Acquisitions & Venture Capitalists will receive 2.00% of the total amount of financing agreed to between the Client and **NCR** as compensation and shall be paid by **NCR** to 5th Ave Acquisitions & Venture Capitalists simultaneously at the funding of the transaction. **Client** agrees to pay **NCR** simultaneously with the funding transaction and to pay all closing costs and any other professional service fees as may be required by **NCR.** Some professional service fees may need to be paid in advance such as site inspection and appraisal fees.

3: **NCR** may, at his sole discretion, elect to receive the amount shown in 2 above as a direct disbursement, as a withholding from funded proceeds released to **Client** at final closing.

4. **Participation: Client** agrees to participate with **NCR** and produce proper and verifiable documentation necessary for due diligence and will do so in a timely manner. Failure to do so will jeopardize client's fee on deposit.

5. **Term and Severance:** The terms of this Agreement are in force for one year from the date of execution. Termination of this agreement shall not affect the right of **NCR** to receive compensation as provided in Paragraph 1 hereof with respect to any prospect introduced to **Client** prior to such termination. If **Client** enters into a Qualified Transaction with a funding prospect referred by **NCR** any time during the term of and for a period of five (5) years following termination of this Agreement, **Client** shall, at the time of consummation of such transaction, pay to **NCR** the compensation set forth in Paragraph 1 hereof.

_KO_
**Initials**

6. **Notices:** Any and all notices between **NCR** and **Client** shall be in writing, return receipt requested to such parties at the following addresses:

**Lender:**     Nationwide Commercial Relief Inc.          **Client**: Advantek Corporation
                4440 PGA Blvd., Suite 600                              11131 N 144th ST
                Palm Beach Gardens, FL. 33410                          Waverly NE 68462

7: **Arbitration: Consultant** and **Client** agree that in the event of a material dispute arising from the execution of this Agreement both Parties hereby agree to seek a mediated resolution administrated by a member of the American Arbitration Association with such costs and expenses born by each Party in an equally shared manner.

8: **Jurisdiction:** This sets for the entire Agreement between the Parties hereto and shall be governed in accordance with the laws of the State of Florida and venue shall be Palm Beach County and cannot be altered, amended, modified, terminated or rescinded except in writing by both parties hereto; and shall inure to the benefit of and be binding upon the parties hereto and their respective successors, heirs, transferees and assigns.

**Agreed and Accepted by the Parties:**

**Nationwide Commercial Relief Inc.**                    **Client:** Advantek Corporation

Mitch Stecker

*M.L. Stecker*, President                                 *Kent Oelkers*

Signature                                                 Signature